EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 222012)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 62406999

Attorneys for Defendant
TARGET CORPORATION (Erroneously
sued herein as TARGET)

Los Angeles Superior Court
North Valley District
Chatsworth Courthouse
9425 Penfield Avenue
Chatsworth, CA  91311

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA NOEL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET, a corporate entity; NATALIE ARGUETA, an individual; RICHARD MAJENO, an individual; CITY OF LOS ANGELES, a corporate municipality; LOS ANGELES POLICE DEPARTMENT, a law enforcement agency; OFFICER GINGER HARRISON #31445, as an individual and in official capacity, OFFICER MURO #32199, as an individual and in an official capacity, and DOES 1 through 100,<br><br>　　　　　Defendants. | USDC CASE NO. CV09-07167 SVW (VBKx)<br><br>LASC Case No.: PC046168<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>JS - 6<br><br>Complaint Filed: 8/14/2009 |

　　　　The Joint Stipulation of Plaintiff CASSANDRA NOEL and Defendants CITY OF LOS ANGELES, MARIA MURO, and TARGET CORPORATION for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court.

Dated: October 30, 2009

_____
UNITED STATES DISTRICT JUDGE